**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-1422**

———————————

LORIA A. PATTERSON,

Plaintiff - Appellant,

versus

KATHLEEN BEETHAM, Manager of Interpreters,
Inc.; STATE OF NORTH CAROLINA, James B. Hunt,
Governor; JACKIE MCNEIL, Chief of Police of
Durham Police Department; ORVILLE POWELL, City
Manager of the City of Durham,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-96-1061-5-BO-3)

———————————

Submitted:  June 19, 1997          Decided:  June 27, 1997

———————————

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed as modified by unpublished per curiam opinion.

———————————

Loria A. Patterson, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying leave to proceed in forma pauperis and dismissing her civil action. We have reviewed the record and the district court's opinion and find no reversible error. The district court's order is modified to reflect that the dismissal is without prejudice. See 28 U.S.C. § 2106 (1994). Accordingly, although we grant leave to proceed in forma pauperis, we affirm on the reasoning of the district court, as modified. Patterson v. Beetham, No. CA-96-1061-5-BO-3 (E.D.N.C. Feb. 25, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED